## RONALD LABOW *v.* MYRNA LABOW

The defendant's petition for certification for appeal from the Appellate Court, 65 Conn. App. 210 (AC 19762), is denied.

*John R. Williams*, in support of the petition.

*Daniel D. Portanova* and *Gwen E. Adamson*, in opposition.

Decided November 27, 2001

## FERMIN ADORNO *v.* COMMISSIONER OF CORRECTION

The petitioner Fermin Adorno's petition for certification for appeal from the Appellate Court, 66 Conn. App. 179 (AC 20297), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Mary Anne Royle*, special public defender, in support of the petition.

*Bruce R. Lockwood*, assistant state's attorney, in opposition.